VAN–078 Notice of Requirement To Attend Ch. 13 Debtor Education Class – Rev. 03/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Robert Glenn Pryse Jr.
 *( debtor has no known aliases )*
5424 Labrador Drive
Hope Mills, NC 28348

CASE NO.: 10–04365–8–SWH

DATE FILED: May 28, 2010

CHAPTER: 13

Michele O. Pryse
 *( known aliases: Michelle O. Piotrowski )*
5424 Labrador Drive
Hope Mills, NC 28348

NOTICE OF REQUIREMENT TO ATTEND
CHAPTER 13 DEBTOR EDUCATION CLASS

YOU ARE HEREBY INSTRUCTED to attend the Chapter 13 Debtor Education Class (held prior to your 11 U.S.C. § 341 Meeting of Creditors) as follows:

DATE:   Thursday, July 22, 2010
TIME:   9:00 a.m.
PLACE:  U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303

This Chapter 13 Debtor Education Class is **mandatory** for **all** Chapter 13 debtors and a failure to attend may have an adverse effect on the administration of your case. Your Meeting of Creditors may not be held until you have attended this class.

DATED: June 1, 2010

Stephanie J. Edmondson
Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0417-8           User: witcher_b            Page 1 of 1            Date Rcvd: Jun 01, 2010
Case: 10-04365                 Form ID: van078            Total Noticed: 1

The following entities were noticed by first class mail on Jun 03, 2010.
db/jdb       +Robert Glenn Pryse, Jr.,   Michele O. Pryse,   5424 Labrador Drive,   Hope Mills, NC 28348-9246

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2010**                    **Signature:**    _Joseph Speetjens_